UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

In the Matter of                                    File No. 10-32336

MICHAEL D. SAGE,                                    Chapter 7

                                                    JUDGE DANIEL S. OPPERMAN

                        Debtor.
_____/

## NOTICE OF UNCLAIMED DIVIDEND

TO THE CLERK OF THE COURT:

Unclaimed dividend are being turned over to the U.S. Bankruptcy Court in the amount of

 Claim #: 000004 – Venus Sage - $285.39


The last known address of the claimant used to forward the above mentioned fund was:

Venus Sage – 220 Willow Lane, Linden, Michigan 48451


Dated: May 24, 2010                     /s/ Michael A. Mason
                                        Michael A. Mason
                                        516 W. Court Street
                                        Flint, MI 48503
                                        Telephone: (810) 234-9201
                                        Email:mamtrustee@sbcglobal.net
                                        P17185

Prepared by:
Michael A. Mason
516 W. Court Street
Flint, MI  48503
Telephone: (810) 234-9201
Email:  mamtrustee@sbcglobal.net
(P17185)

1